McGREGOR W. SCOTT
United States Attorney
SARALYN M. ANG-OLSON, SBN 197404
Special Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916)554-2700

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:08-CV-02782-MCE-KJM |
| | ) | |
| Plaintiff, | ) | APPLICATION AND ORDER FOR |
| | ) | PUBLICATION |
| v. | ) | |
| | ) | |
| APPROXIMATELY $715.00 IN | ) | |
| U.S. CURRENCY, AND | ) | |
| | ) | |
| 33 ASSORTED CASHIER'S CHECKS | ) | |
| VALUED AT APPROXIMATELY | ) | |
| $66,445.13 IN U.S. CURRENCY, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

The United States of America, Plaintiff herein, applies for an order of publication as follows:

1.   Rule G(4) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions (hereafter "Supplemental Rules") provides that the Plaintiff shall cause public notice of the action and arrest to be given in a newspaper of general circulation or on an official internet government forfeiture site;

2.   Local Rule 83-171, Eastern District of California, provides that the Court shall designate by order the appropriate

1

1 newspaper or other vehicle for publication;

2     3.   The defendants approximately $715.00 in U.S. Currency (hereafter "defendant currency") and 33 Assorted Cashier's Checks valued at approximately $66,445.13 in U.S. Currency, listed in Exhibit A, (hereafter "defendant cashier's checks"), were seized in the city of Rescue, in El Dorado County, California.  The Drug Enforcement Agency published notice of the nonjudicial forfeiture of the defendant currency and defendant cashier's checks on June 23, and 30, and July 7, 2008, in the <u>Wall Street Journal</u>.

    4.   Plaintiff proposes that publication be made as follows:

        a.   One publication;

        b.   Thirty (30) consecutive days;

        c.   On the official internet government forfeiture site www.forfeiture.gov;

        d.   The publication is to include the following:

            (1)   The Court and case number of the action;

            (2)   The date of the arrest/seizure;

            (3)   The identity and/or description of the property arrested/seized;

            (4)   The name and address of the attorney for the Plaintiff;

            (5)   A statement that claims of persons entitled to possession or claiming an interest pursuant to Supplemental Rule G(5) must be filed with the Court and served on the attorney for the Plaintiff no later than 60 days after the first day of publication on the official internet government forfeiture site; and

            (6)   A statement that answers to the Complaint or

2

a motion under Rule 12 of the Federal Rules of Civil Procedure must be filed and served within 20 days after the filing of the claims and that, in the absence thereof, default may be entered and condemnation ordered.

Dated: 11/19/08

McGREGOR W. SCOTT
United States Attorney

/s/Saralyn M. Ang-Olson
SARALYN M. ANG-OLSON
Special Assistant United States Attorney

**ORDER**

IT IS SO ORDERED.

Dated: November 24, 2008.

_____
U.S. MAGISTRATE JUDGE

**EXHIBIT A**

a. Umpqua Cashier's Check #585090 in the amount of $1,200.00;
b. Umpqua Cashier's Check #585236 in the amount of $1,000.00;
c. Umpqua Cashier's Check #587149 in the amount of $500.00;
d. Umpqua Cashier's Check #585202 in the amount of $1,900.00;
e. Umpqua Cashier's Check #585275 in the amount of $2,000.00;
f. Umpqua Cashier's Check #585326 in the amount of $872.50;
g. Umpqua Cashier's Check #6020955 in the amount of $5,629.15;
h. Umpqua Cashier's Check #6020987 in the amount of $7,075.60;
i. Umpqua Cashier's Check #6128863 in the amount of $1,000.00;
j. Umpqua Cashier's Check #6128934 in the amount of $575.00;
k. Umpqua Cashier's Check #6129010 in the amount of $575.00;
l. Umpqua Cashier's Check #6128806 in the amount of $575.00;
m. Umpqua Cashier's Check #6129102 in the amount of $2,575.00;
n. Umpqua Cashier's Check #6130048 in the amount of $3,500.00;
o. Umpqua Cashier's Check #6130046 in the amount of $3,500.00;
p. Umpqua Cashier's Check #6129134 in the amount of $3,000.00;
q. Umpqua Cashier's Check #6129292 in the amount of $1,500.00;
r. Umpqua Cashier's Check #6227319 in the amount of $2,500.00;
s. Umpqua Cashier's Check #6227359 in the amount of $3,900.00;
t. Umpqua Cashier's Check #6227394 in the amount of $2,000.00;
u. Umpqua Cashier's Check #6227419 in the amount of $2,000.00;
v. Umpqua Cashier's Check #6227420 in the amount of $800.00;
w. Umpqua Cashier's Check #6227455 in the amount of $3,000.00;
x. Umpqua Cashier's Check #6227456 in the amount of $1,000.00;
y. Umpqua Cashier's Check #6227467 in the amount of $1,500.00;
z. Umpqua Cashier's Check #6227490 in the amount of $1,000.00;

aa. Umpqua Cashier's Check #6227551 in the amount of $2,000.00;
bb. Umpqua Cashier's Check #6227552 in the amount of $1,300.00;
cc. Western Sierra Cashier's Check #138763 in the amount of $2,642.88;
dd. Western Sierra Cashier's Check #139514 in the amount of $1,450.00;
ee. Umpqua Cashier's Check #148443 in the amount of $1,000.00;
ff. Umpqua Cashier's Check #148203 in the amount of $1,150.00; and
gg. Umpqua Cashier's Check #148296 in the amount of $2,225.00.