**JAMES R. GREINER, ESQ.**
CALIFORNIA STATE BAR NUMBER 123357
**LAW OFFICES OF JAMES R. GREINER**
555 UNIVERSITY AVENUE, SUITE 290
SACRAMENTO, CALIFORNIA 95825
TELEPHONE: (916) 649-2006
FAX: (916) 920-7951
E MAIL: jaygreiner@midtown.net

ATTORNEY FOR DEFENDANT
RENE WRIGHT

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    PLAINTIFF,<br><br><br>    v.<br><br>APPROXIMATELY $715.00 IN U.S. CURRENCY AND 33 ASSORTED CASHIER'S CHECKS VALUED AT APPROXIMATELY $66,445.13 IN U.S. CURRENCY,<br><br>    DEFENDANTS. | CIV. NO. S-08-2782-LKK/DAD<br><br>APPLICATION FOR ORDER APPOINTING COUNSEL<br><br>ORDER |

Rene Wright applies to the Court for an order appointing Mr. James R, Greiner to represent her in the above case pursuant to Title 18 U.S.C. section 983 (b)(1)(A).

Section 983, subdivision (b)(1)(A) of Title 18, United States Code provides as follows:

> If a person with standing to contest the forfeiture of property in a civil judicial forfeiture proceeding under a civil forfeiture statute is financially unable to obtain representation by counsel, and the person is represented by counsel appointed under section 3006A of this title in connection with a related criminal case, the court may authorize counsel to represent that person with respect to the claim.

1

On April 25, 2008 (Docket Entry # 7) Rene Wright made her first appearance in Court on the criminal case(United States v. Vasquez, et al CR-S-08-212-LKK, which is presently pending before this Court) regarding the complaint filed by the government (Docket Entry # 1) and counsel James R. Greiner requested the Court to appoint him counsel in the criminal matter for Rene Wright as she met the qualifications under the CJA Act. The Court do so appoint counsel and on May 12, 2008 (Docket Entry # 60) the Court signed the appointment papers. That criminal case had a seizure of evidence done by the DEA, which is the subject matter of this civil case.

As a result of the same seizure of evidence by the DEA, the United States has filed this civil complaint for forfeiture of the property described as approximately $715.00, U.S. currency and the 33 assorted cashier's checks valued at approximately $66,445.13 in U.S. currency.

Rene Wright will also file a verified claim regarding this money. She has standing to contest the forfeiture because the money belongs to her, or she has an interest or right to all or part of the money.

Accordingly, Rene Wright requests this Court to appoint counsel to represent her in this claim (which is filed herewith).


DATED: February 27, 2009    Respectfully submitted
                                          Law Offices of James R. Greiner




/s/ JAMES R. GREINER
_____
JAMES R. GREINER
Attorney for Rene Wright

ORDER

The Court having consider the request, and

FOR GOOD CAUSE SHOWN

Hereby orders and appoints James R. Greiner to represent Rene Wright in the above case pursuant to Title 18 U.S.C. section 983 (b).

DATED: March 16, 2009

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT