IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:08-CV-02782-KJM-DAD |
| Plaintiff, | FINAL JUDGMENT OF FORFEITURE |
| v. | |
| APPROXIMATELY $715.00 IN U.S. CURRENCY, AND | |
| 33 ASSORTED CASHIER'S CHECKS VALUED AT APPROXIMATELY $66,445.13 IN U.S. CURRENCY, | |
| Defendants. | |

Upon review of the parties' Stipulation for Final Judgment of Forfeiture, the court finds:

1.   This is a civil forfeiture action against Approximately $715.00 and 33 Assorted Cashier's Checks Valued at Approximately $66,445.13 in U.S. Currency (collectively "defendant assets") seized on or about April 24, 2008.

2.   A Verified Complaint for Forfeiture *In Rem* ("Complaint") was filed on November 19, 2008, alleging that said defendant assets are subject to forfeiture to the United States pursuant to 21 U.S.C. § 881(a)(6).

3.   On or about March 24, 2005, the undersigned in her capacity as a U.S. Magistrate Judge issued a Warrant and Summons for Arrest for the defendant assets, and that warrant was executed on December 8, 2008.

4.	Beginning on December 3, 2008, for at least 30 consecutive days, the United States published Notice of the Forfeiture Action on the official internet government forfeiture site www.forfeiture.gov.  A Declaration of Publication was filed on January 2, 2009.

5.	In addition to Public Notice of Arrest and Seizure, actual notice or attempted notice was given to the following individuals:

    a.	Rene Wright

    b.	Roberta Murdoch

6.	Claimant Rene Wright filed a Claim on February 27, 2009, and Roberta Murdoch filed a Claim on March 16, 2009.  A Stay was entered on March 5, 2009, staying the case pending the resolution of the related criminal case, United States v. Rene Wright, et al., 2:08-CR-00212-LKK.  The criminal case was resolved in May 2012.  No other parties have filed claims in this matter, and the time in which any person or entity may file a claim and answer has expired.

Based on the above findings, and the files and records of the Court, it is hereby ORDERED:

1.	The court lifts the stay previously entered on March 5, 2009.

2.	The court adopts the Stipulation for Final Judgment of Forfeiture entered into by and between the parties to this action.

3.	Judgment is hereby entered against claimants Rene Wright and Roberta Murdoch and all other potential claimants who have not filed claims in this action.

4.	Upon entry of this Final Judgment of Forfeiture, $37,085.00 from the 33 Cashier's Checks valued at Approximately $66,445.13 in U.S. Currency and $715.00 in U.S. Currency together with any interest that may have accrued on the total amount seized, shall be forfeited to the United States pursuant to 21 U.S.C. § 881(a)(6), to be disposed of according to law.

5.	Upon entry of this Final Judgment of Forfeiture, but no later than 60 days thereafter, $29,360.13 from the 33 Cashier's Checks valued at Approximately $66,445.13 in U.S. Currency, shall be returned to claimants Rene Wright and Roberta Murdoch, through their attorney James R. Greiner.

6.	The United States and its servants, agents, and employees and all other public entities, their servants, agents, and employees, are released from any and all liability arising out of or in any way connected with the seizure, arrest, or forfeiture of the defendant currency.  This is a full and final

release applying to all unknown and unanticipated injuries, and/or damages arising out of said seizure, arrest, or forfeiture, as well as to those now known or disclosed.  The parties waived the provisions of California Civil Code § 1542.

    7.    Claimant waived any and all claim or right to interest that may have accrued on the defendant currency.

    8.    The United States of America to bear its own costs and attorney's fees.  Claimant Rene Wright has court Appointed Counsel pursuant to 18 U.S.C. section 983(b)(1)(A), see Court Order Docket # 18, and Ms. Wright's costs and attorney's fees will be resolved through the Criminal Justice Act ("CJA").  Claimant Roberta Murdoch is being represented by James R. Greiner, and Roberta Murdoch will bear her own costs and attorney's fees.

    9.    The undersigned shall retain jurisdiction to enforce the terms of this Final Judgment of Forfeiture.

    10.    Based upon the allegations set forth in the complaint filed November 19, 2008, and the Stipulation for Final Judgment of Forfeiture filed herein, the Court enters this Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465, that there was reasonable cause for the seizure and arrest of the defendant currency, and for the commencement and prosecution of this forfeiture action.

IT IS SO ORDERED.

DATED:  May 21, 2015.

_____
UNITED STATES DISTRICT JUDGE